**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1152**

JOSHUA BARRETT SHAPIRO,

            Plaintiff – Appellant,

      v.

PAUL LANTEIGNE,

            Defendant – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Mark S. Davis, District Judge.  (2:09-cv-00339-MSD-FBS)

Submitted:  July 22, 2010            Decided:  July 29, 2010

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joshua Barrett Shapiro, Appellant Pro Se.  Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joshua Barrett Shapiro appeals the district court's order granting the Defendant's motion for summary judgment and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Shapiro v. Lanteigne, No. 2:09-cv-00339-MSD-FBS (E.D. Va. Jan. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED